WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

*FILED APR 2 0 2009*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **LILLIAN CLARK,** | CV # 07-702-AC |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Attorney fees in the amount of $8,800.00 are hereby awarded pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d).  The check shall be sent to Tim Wilborn's address: P.O. Box

2768, Oregon City, OR 97045.

DATED this 20th day of April, 2009.

_____
United States District / Magistrate Judge

Submitted on April 2, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1